LEO H. MAHONEY v. STEPHEN DANIS.

January 25, 1983.

Petition for certification granted.

JOSE BELMAR, M.D. v. JOSEPH CIPOLLA, M.D.

January 25, 1983.

Petition for certification granted.

FRED BROWN v. UNITED STATES STOVE COMPANY.

January 25, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. KENNETH MAHAN.

January 25, 1983.

Petition for certification denied.